# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DENNIS BURGIN,<br>　　　　Petitioner<br>　　v.<br>W.L. MONTGOMERY,<br>　　　　Respondent. | Case No. SACV 15-00649-GW (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: July 26, 2016

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE